UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERRELL ANTHONY STRONG,
    Plaintiff,

vs.                                                    Case No.:  3:21cv3274/LAC/EMT

ESCAMBIA COUNTY JAIL,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). Plaintiff was an inmate of the Escambia County Jail at that time (*see* ECF No. 1). On February 14, 2022, the court entered an order directing Plaintiff to either pay the $402 filing fee or file a properly completed IFP motion within thirty days (ECF No. 8). The court notified Plaintiff that failure to comply with the court's order as instructed would result in a recommendation of dismissal of the case (*id.* at 2).[1]

Plaintiff did not file an IFP motion or pay the filing fee within the time allowed. Therefore, the court entered an order on March 22, 2022, directing Plaintiff

---

[1] On February 24, 2022, the Jail returned Plaintiff's mail, indicating he was released on February 9, 2022 (*see* ECF No. 10). The clerk of court researched the Florida Department of Corrections' (FDOC) inmate locator and re-sent a copy of the order to Plaintiff at the institutional address indicated on that website (*see id.*).

to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (*see* ECF No. 11).  The court again notified Plaintiff that failure to comply with the court's order would result in a recommendation of dismissal of the case (*id.*).[2]

The time for compliance with the show cause order has elapsed, and Plaintiff has not paid the filing fee, filed an IFP motion, or otherwise responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 28th day of April 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of

---

[2] The clerk of court sent the show cause order to Plaintiff record address (the Jail) and Plaintiff's institutional address indicated on the FDOC's inmate locater (*see* ECF No. 11).  The Jail returned Plaintiff's mail (*see* ECF No. 12).  The copy sent to the FDOC address was not returned.  Plaintiff has not notified the court of his change of address or filed anything else.

Case No.:  3:21cv3274/LAC/EMT

**the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:21cv3274/LAC/EMT